# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| BRIAN BURGEMEIER, | : | Case No. 1:20-cv-65 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Karen L. Litkovitz |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL

The Court, having received the parties' Joint Stipulation to Dismiss (Doc. 8), hereby **DISMISSES** Plaintiff's complaint without prejudice, because Plaintiff has not exhausted his administrative remedies. (*See id.*; *see also* Doc. 8-1). Accordingly, this civil action is hereby **TERMINATED** upon the docket of this Court.

**IT IS SO ORDERED.**

Date: 6/3/2020

*s/Timothy S. Black*
Timothy S. Black
United States District Judge